IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SUSAN L. FORD, )
 )
    Plaintiff, )
 )
    v. ) 1:06CV00453
 )
FIRST AMERICAN FLOOD DATA )
SERVICES, INC., )
 )
    Defendant. )

ORDER AND JUDGMENT

OSTEEN, District Judge

    For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

    IT IS ORDERED AND ADJUDGED that Defendant First American Flood Data Services, Inc.'s Motion to Dismiss [Doc. No. 8] is granted.

    IT IS FURTHER ORDERED that the clerk of court shall amend the records of the court to reflect First American Real Estate Solutions of Texas, L.P. as the Defendant in this case.

    This the 11th day of October 2006.

                                               United States District Judge